Zainah Alfi, Bar No. 304164
zalfi@excelsislaw.com
C. Genevieve Jenkins, Bar N0. 271128
cgjenkins@excelsislaw.com
EXCELSIS LAW, P.C.
1901 Avenue of the Stars
2nd Floor
Los Angeles, California 90067
Telephone: 213.340.0300
Facsimile: 213.340.0200

Attorneys for Plaintiff
PAUL RENDA

Galen M. Lichtenstein, Bar No. 251274
glichtenstein@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
REYES COCA-COLA BOTTLING LLC

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RENDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REYES COCA-COLA BOTTLING LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02088-JAM-SCR<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY ACTION**<br><br>Trial Date: Not Set<br>Complaint Filed: June 5, 2026 |

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

**STIPULATION TO ARBITRATE**

Plaintiff PAUL RENDA ("Plaintiff") and Defendant REYES COCA-COLA BOTTLING LLC ("Defendant") (jointly, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 5, 2026, Plaintiff filed this action ("Complaint") against Defendant for (1) discrimination in violation of FEHA - Gov't Code § 12940, *et seq*.; (2) retaliation in violation of FEHA - Gov't Code § 12940, et seq.; (3) failure to prevent discrimination and retaliation - Gov't Code § 12940, et seq.; (4) failure to accommodate – Gov't Code § 12940(m); (5) failure to engage in the interactive process – Gov't Code § 12940(n); (6) wrongful termination in violation of public policy; and (7) failure to provide employee file - Labor Code § 1198.5.

WHEREAS, Plaintiff and Defendant entered into a binding arbitration agreement governed by the Federal Arbitration Act ("FAA") on November 6, 2017.

NOW THEREFORE, the Parties STIPULATE and AGREE that all claims alleged in the Complaint shall be submitted to binding arbitration, subject to the terms below:

1. The Parties agree to submit this matter to binding arbitration in accordance with the arbitration agreement, which is governed by the FAA, entered into on November 6, 2017 (the "Arbitration Agreement"), a copy of which is attached hereto as **Exhibit A.**

2. The Parties have agreed to arbitrate the matter before Hon. David Brown (ret.) of JAMS.

3. The Parties agree that proceedings in this action shall be stayed pursuant to the FAA, 9 U.S.C., sec. 3, until arbitration has been completed; provided, however, that this stipulation shall not be construed as a waiver of either Party's right to seek dismissal of this case upon completion of the binding arbitration or the entry of judgment on the arbitration award.

4. By signing this stipulation, counsel of record for Plaintiff and Defendant represent that they have full authority from their respective clients to enter into this stipulation on each of their behalf.

**SO STIPULATED AND AGREED.**

Dated: August 26, 2026

**EXCELSIS LAW, P.C.**

/s/ Zainah Alfi
Zainah Alfi
C. Genevieve Jenkins

Attorneys for Plaintiff
PAUL RENDA

Dated: August 26, 2026

**LITTLER MENDELSON, P.C.**

/s/ Galen M. Lichtenstein
Galen M. Lichtenstein

Attorneys for Defendant
REYES COCA-COLA BOTTLING LLC

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

## CERTIFICATION

I, Zainah Alfi, am the ECF User whose identification and password are being used to file this STIPULATION TO ARBITRATE. In compliance with Local Rule 131(e), I hereby attest that Galen Lichetenstein, counsel for Defendant, concurs in the contents of this filing and has authorized the filing.

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

**ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows:

1. All claims alleged in Plaintiff's Complaint against Defendant shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement entered into between the Parties and the terms set forth in the Parties' Stipulation to Arbitrate and Stay Action; and

2. This action is **STAYED** pending the completion of arbitration pursuant to section 3 of the Federal Arbitration Act, 9 U.S.C., sec. 3.

3. The parties are **ORDERED** to file a joint status report **withing fourteen (14) days** of completion of arbitration. If arbitration is not completed by August 31, 2027, the parties are **ORDERED** to file a joint status report advising the Court of the status of arbitration and expected completion date.

**IT IS SO ORDERED.**

Dated: August 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE